# IN THE SUPREME COURT OF THE STATE OF NEVADA

CASHTON HUMPHERYS, A MINOR, BY AND THROUGH HIS NATURAL PARENTS AND GUARDIAN AD LITEM, ERIC HUMPHERYS AND KARA HUMPHERYS; ERIC HUMPHERYS, INDIVIDUALLY; AND KARA HUMPHERYS, INDIVIDUALLY,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE CHRISTY L. CRAIG, DISTRICT JUDGE,
Respondents,
and
HARRISON LEO REED, PA-C; FREMONT EMERGENCY SERVICES (MANDAVIA), LTD.; SHOOK-MING TAYLOR, D.O.; SHOOK-MING TAYLOR, LLC; DIGNITY HEALTH, D/B/A ST. ROSE DOMINICAN HOSPITAL-SAN MARTIN CAMPUS,
Real Parties in Interest.

No. 84845

FILED

JUL 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING PETITION

Pursuant to the stipulation of the parties, and cause appearing, this petition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-22539

cc: Hon. Christy L. Craig, District Judge
Brenske Andreevski & Krametbauer
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Hall Prangle & Schoonveld, LLC/Las Vegas
Eighth District Court Clerk